# LAW OFFICES OF RICHARD D. GAINES, ESQ.

Preferred Mailing Address for Both Offices

| | | |
|---|---|---|
| 244 Fifth Ave. | PO Box 943 | 155 Marion Dr. |
| Suite 1615 | 102 Sugarberry Lane | West Orange, NJ 07052-3312 |
| New York, NY 10001 | Greentown, PA 18426-0943 | 973-321-3220 |
| (212) 726-1056 | (570) 857-0180 | |
| (212) 726-3056 fax | (570) 857-0181 facsimile | |
| | rdenisgaines@earthlink.net email | |

November 28, 2023

Hon. Jennifer L. Rochon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom: 20B
New York, NY 10007-1312

    Re:    Best Payphones, Inc., et al. v. Verizon New York, INC., et al. Case No: 23-civ-04935 (JLR)

Dear Judge Rochon:

    I am the attorney for the plaintiffs in the above referenced action. I am writing to request an adjournment of the scheduling conference currently scheduled for December 12, 2023 to no earlier than mid-April 2024. I have been in communication with counsel for the two defendants in the case. All counsel join in this request to reschedule the scheduling conference until the motions that are currently scheduled to be briefed during January and February 2024 are fully briefed and decided by the Court. All counsel believe it would not be an efficient use of time to make a scheduling order before those motions are resolved. Thank you in advance for your consideration of this application.

Very truly yours,

/s Richard D. Gaines
Richard D. Gaines

The request is GRANTED. The Court adjourns the initial pre-trial conference to **April 24, 2024 at 11:00 a.m.**

Dated: November 28, 2023
      New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

CERTIFICATE OF SERVICE

  I hereby certify that I served the foregoing Letter Motion to Reschedule the Scheduling Conference on all counsel and parties of record by electronic means through the Court's Case Management/Electronic Case File System on the date set forth below.

John Moore
Schlam Stone & Dolan LLP
Attorney for Verizon New York, Inc.
26 Broadway
Ste 19 Fl.
New York, NY 10004
Email: jmoore@schlamstone.com

Scott H. Angstreich
Bethan R Jones
Kellogg, Huber, Hansen, Todd & Evans, P.L.L.C.
Attorney for Verizon New York, Inc.
1615 M Street, N.W.
Suite 400
Washington, DC 20036
Email: sangstreich@kellogghansen.com
   bjones@kellogghansen.com

Peter Jakab
Fein & Jakab
Attorney for Manhattan Telecommunications Corporation
40 Fulton Street
17th Floor
New York, NY 10038
Email: pjakab@earthlink.net

DATED: November 28, 2023  LAW OFFICES OF RICHARD D. GAINES, ESQ.

            /s Richard D. Gaines
            RICHARD D. GAINES
            rdenisgaines@earthlink.net
            244 Fifth Ave., Ste. 1615
            New York, NY 10001
            PO Box 943
            102 Sugarberry Lane
            Greentown, PA 18426-0943
            Telephone: 570-857-0180
            Fax: 570-857-0181
            Of Attorney for Plaintiff